```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE A04-0231--CV (RRB)
              "EEOC V ALYESKA PIPELINE SERVICE CO"

       Including terminated parties, excluding terminated counsel
```

```
 Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 09/30/04
           Closed: NO

     Jurisdiction: (1) U.S. Plaintiff
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (442) Jobs

           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Waived
         Trial by: Jury
```

Parties of Record:                               Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | Wesley Katahira<br>EEOC<br>909 1st Avenue, Suite 400<br>Seattle, WA 98104<br>206-220-6917 |
| DEF 1.1 | ALYESKA PIPELINE SERVICE CO | Kenneth P. Eggers<br>Groh Eggers LLC<br>3201 C Street, Suite 400<br>Anchorage, AK 99503<br>907-272-6474<br>FAX 907-562-6044<br><br>Nancy E. Williams<br>Perkins Coie<br>1201 3rd Avenue, Suite 4800<br>Seattle, WA 98101-3099<br>206-583-8888 |
| PII 1.1 | JOHNSON, LEONA M | Samuel J. Fortier<br>Fortier & Mikko PC<br>101 W. Benson Boulevard, Ste 304<br>Anchorage, AK 99503<br>907-277-4222<br>FAX 907-277-4221 |
| PII 2.1 | NAVARRO, ANTHONY | Samuel J. Fortier<br>(see above) |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CIVIL DOCKET ENTRIES FOR CASE A04-0231--CV (RRB)
                      "EEOC V ALYESKA PIPELINE SERVICE CO"

                                 For all filing dates
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 09/30/04
            Closed: NO

      Jurisdiction: (1) U.S. Plaintiff
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (442) Jobs

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Waived
          Trial by: Jury
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 09/30/04 | Complaint filed. |
| 1 - 2 | 09/30/04 | PLF 1 Jury Demand. |
| NOTE - 1 | 10/12/04 | Issued: summons re: DEF 1. |
| 2 - 1 | 10/29/04 | PLF 1 Complaint (First Amended). |
| 2 - 2 | 10/29/04 | PLF 1 Jury Demand. |
| 3 - 1 | 11/09/04 | DEF 1 Attorney Appearance of K. Eggers. (Groh) |
| 4 - 1 | 11/16/04 | DEF 1 Answer to First Amended Complaint. |
| 5 - 1 | 12/02/04 | DEF 1 Application re: non-resident attorney Nancy Williams to appear and participate. |
| 6 - 1 | 12/06/04 | RRB Order granting application of non resident attorney Nancy Williams to appear and participate on behalfs of def.  cc: cnsl |
| 7 - 1 | 12/07/04 | RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 28 days from svc of this ord. cc: cnsl |
| 8 - 1 | 12/13/04 | DEF 1 Disclosure statement. |
| 9 - 1 | 12/21/04 | PLF 1; DEF 1 Joint Status Report. |
| 10 - 1 | 01/14/05 | DEF 1 Joinst Status Report. |
| 11 - 1 | 01/19/05 | RRB Minute Order that further stat rpt due by 3/8/05. cc: cnsl |
| 12 - 1 | 02/17/05 | ZZZ 1-2 motion to intervene as plaintiffs w/att complaint in intervention. |
| 13 - 1 | 03/07/05 | DEF 1 non-opposition to ZZZ 1-2 motion to intervene as plaintiffs (12-1). |

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A04-0231--CV (RRB)
                          "EEOC V ALYESKA PIPELINE SERVICE CO"

                                    For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 14 - 1 | 03/08/05 | DEF 1 Joint Status Report. |
| 15 - 1 | 03/14/05 | RRB Order granting motion to intervene as plaintiffs (12-1).  cc: cnsl |
| 16 - 1 | 03/14/05 | PII 1-2 Complaint (Intervenor). |
| 17 - 1 | 03/14/05 | PII 1-2 Errata to caption for complaint in intervention. |
| 18 - 1 | 03/24/05 | DEF 1 Answer to Complaint in intervention. |
| 19 - 1 | 04/06/05 | DEF 1 Report re: scheduling and planning conf. |
| 20 - 1 | 04/06/05 | DEF 1 Stipulation for protective order for confidential material w/att exh. |
| 20 - 2 | 04/07/05 | RRB Order granting stipulation for protective order for confidential material (20-1) as stated. Parties may file documents under seal.  cc: cnsl |
| 21 - 1 | 04/12/05 | RRB Scheduling and Planning Order setting pretrial deadlines: Original discovery 01/15/06; Dispositive motions deadline 02/17/06; Estimate of trial 15 days. cc: cnsl |
| 22 - 1 | 05/03/05 | PII 1-2 Preliminary Witness List. |
| 23 - 1 | 11/04/05 | PLF 1 Attorney Substitution of W. Katahira as primary trial cnsl. |