A. LUIS LUCERO JR., REGIONAL ATTORNEY
JOHN F. STANLEY, ACTING SUPERVISORY TRIAL ATTORNEY
WESLEY KATAHIRA, SENIOR TRIAL ATTORNEY
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVENUE, SUITE 400
SEATTLE, WA 98104-1061
TEL: (206) 220-6896
FAX: (206) 220-6911
EMAIL: JOHN.STANLEY@EEOC.GOV

```
                           FILED
                         DEC 0 1 2005
               UNITED STATES DISTRICT COURT
                   DISTRICT OF ALASKA
               By _____ Deputy
```

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALYESKA PIPELINE SERVICE CO., )<br>)<br>Defendant. )<br>_____)<br>LEONA JOHNSON and ANTHONY NAVARRO, )<br>)<br>Plaintiff Intervenors, )<br>)<br>v. )<br>)<br>ALYESKA PIPELINE SERVICE CO., )<br>)<br>Defendant. )<br>_____) | CASE NO. A04-0231 CV (RRB)<br><br>STIPULATION TO EXTEND<br>DEADLINE FOR SERVICE AND<br>FILING OF FINAL REVISED<br>WITNESS LISTS |

Plaintiff Equal Employment Opportunity Commission ("EEOC") and defendant Alyeska Pipeline Service Co. ("Alyeska") have reached an agreement in principle to settle the litigation between them. The two parties are devoting their current efforts to finalizing settlement

EEOC v. ALYESKA PIPELINE SERVICE CO.
A04-0231 CV (RRB)
STIPULATION TO EXTEND
Page 1 of 2

U.S. Equal Employment Opportunity Commission
Seattle District Office
Federal Office Building
909 First Avenue, Suite 400
Seattle, WA 98104-1061
Telephone: (206) 220-6916
Fax: (206) 220-6911
TDD: (206) 220-6882

25

documents, and we expect to file those documents by January 6, 2006. We therefore respectfully seek an extension, to January 6, 2006, of the December 1, 2005 deadline for serving and filing the two parties' final revised witness lists in the event that a final resolution has not been reached. If granted, this stipulation will not alter the deadline governing the service and filing of final revised witness lists as between Alyeska and plaintiff-intervenors Leona Johnson and Anthony Navarro, nor will it alter other pending pretrial deadlines in the ongoing litigation between Ms. Johnson, Mr. Navarro and Alyeska.

DATED this 30th day of November, 2005.

| | |
|---|---|
| A. LUIS LUCERO, JR.<br>Regional Attorney | JAMES L. LEE<br>Deputy General Counsel |
| JOHN F. STANLEY<br>Acting Supervisory Trial Attorney | GWENDOLYN Y. REAMS<br>Associate General Counsel |
| WESLEY KATAHIRA<br>Senior Trial Attorney | |
| BY: *John F Stanley*<br>EQUAL EMPLOYMENT OPPORTUNITY<br>COMMISSION<br>Seattle District Office<br>909 First Avenue, Suite 400<br>Seattle, Washington 98104-1061<br>Telephone (206) 220-6896 | Office of the General Counsel<br>1801 "L" Street NW<br>Washington, D.C. 20507 |

Attorneys for Plaintiff EEOC

NANCY WILLIAMS
Perkins Coie
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Telephone (206) 359-8000

BY: *John F Stanley for Nancy Williams per telephonic authorization*
Attorneys for Defendant Alyeska Pipeline Services Co.

**It is so ORDERED**
Dated: 12/2/05
*[signature]*
United States District Judge

PD 12-6-05

A04-0231--CV (RRB)
-----------------------------------------
K. EGGERS (GROH)
S. FORTIER
W. KATAHIRA

U.S. Equal Employment Opportunity Commission
Seattle District Office
Federal Office Building
909 First Avenue, Suite 400
Seattle, WA 98104-1061
Telephone: (206) 220-6916
Fax: (206) 220-6911
TDD: (206) 220-6882

## CERTIFICATE OF SERVICE

I hereby certify that I served **Stipulation to Extend Deadline for Service and Filing of Final Revised Witness Lists and [Proposed] Order** on:

Kenneth P. Eggers  
Susan Murto  
Law Offices of Groh Eggers, LLC  
3201 C Street, Suite 400  
Anchorage, Alaska 99503-3967

Nancy Williams  
Perkins Coie, LLP  
1201 Third Ave. Suite 4800  
Seattle, WA 98101-3099

    Attorneys for Defendant

Samuel J. Fortier  
FORTIER & MIKKO, PC  
101 West Benson Boulevard  
Suite 304  
Anchorage, Alaska 99503

    Attorneys for Plaintiff-Intervenor

by the following indicated method or methods:

- by **mailing** a copy thereof in a sealed, first-class postage-paid envelope, addressed to the attorney(s) listed above, and deposited with the United States Postal Service at Seattle, Washington, on the date set forth below.

DATED this 30TH day of November, 2005.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

*Mary R Hammock*  
MARY HAMMOCK  
Legal Technician

EEOC v. ALYESKA PIPELINE SERVICE  
A04-0231 CV (RRB)  
CERTIFICATE OF SERVICE  
Page 1 of 1

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION  
Seattle District Office  
909 First Avenue, Suite 400  
Seattle, Washington 98104-1061  
Telephone: (206) 220-6883  
Facsimile: (206) 220-6911  
TDD: (206) 220-6882