WILLIAM R. TAMAYO, REGIONAL ATTORNEY
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SAN FRANCISCO DISTRICT
350 THE EMBARCADERO, SUITE 500
SAN FRANCISCO, CA  94105-1260

A.LUIS LUCERO JR., ASSOCIATE REGIONAL ATTORNEY
JOHN F. STANLEY, ACTING SUPERVISORY TRIAL ATTORNEY
WESLEY KATAHIRA, SENIOR TRIAL ATTORNEY
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVENUE, SUITE 400
SEATTLE, WA  98104-1061
TEL: (206) 220-6896
FAX: (206) 220-6911
EMAIL: JOHN.STANLEY@EEOC.GOV

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>ALYESKA PIPELINE SERVICE CO.,<br><br>    Defendant.<br>_____<br>LEONA JOHNSON and ANTHONY NAVARRO,<br><br>    Plaintiff Intervenors,<br><br>v.<br><br>ALYESKA PIPELINE SERVICE CO.,<br><br>    Defendant.<br>_____ | CASE NO. A04-0231 CV (RRB)<br><br>STIPULATION TO EXTEND DEADLINE FOR SERVICE AND FILING OF FINAL REVISED WITNESS LISTS |

EEOC v. ALYESKA PIPELINE SERVICE CO.
A04-0231 CV (RRB)
STIPULATION TO EXTEND
Page 1 of 3

U.S. Equal Employment Opportunity Commission
Seattle District Office
Federal Office Building
909 First Avenue, Suite 400
Seattle, WA  98104-1061
Telephone: (206) 220-6916
Fax:  (206) 220-6911
TDD:  (206) 220-6882

Plaintiff Equal Employment Opportunity Commission ("EEOC") and defendant Alyeska Pipeline Service Co. ("Alyeska") have reached agreement on final terms to settle the litigation between them.  The two parties expect to file settlement documents by January 16, 2006.  We therefore respectfully seek an extension, to January 16, of the January 6, 2006 deadline for serving and filing final revised witness lists.  If granted, this stipulation will not alter remaining pretrial deadlines.

DATED this 6th day of January, 2006.

| | |
|---|---|
| WILLIAM R. TAMAYO<br>Regional Attorney<br>U.S. EQUAL EMPLOYMENT OPPORTUNITY<br>COMMISSION<br>SAN FRANCISCO DISTRICT<br>350 THE EMBARCADERO, SUITE 500<br>SAN FRANCISCO, CALIFORNIA  94105-1260 | JAMES L. LEE<br>Deputy General Counsel |
| A. LUIS LUCERO, JR.<br>Associate Regional Attorney | GWENDOLYN Y. REAMS<br>Associate General Counsel |
| JOHN F. STANLEY<br>Acting Supervisory Trial Attorney | |
| WESLEY KATAHIRA<br>Senior Trial Attorney | |

BY: s/John F. Stanley_____
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

| | |
|---|---|
| Seattle Field Office<br>909 First Avenue, Suite 400<br>Seattle, Washington 98104-1061<br>Telephone (206) 220-6896 | Office of the General Counsel<br>1801 "L" Street NW<br>Washington, D.C. 20507 |

Attorneys for Plaintiff EEOC

EEOC v. ALYESKA PIPELINE SERVICE CO.
A04-0231 CV (RRB)
STIPULATION TO EXTEND
Page 2 of 3

U.S. Equal Employment Opportunity Commission
Seattle District Office
Federal Office Building
909 First Avenue, Suite 400
Seattle, WA  98104-1061
Telephone: (206) 220-6916
Fax:  (206) 220-6911
TDD:  (206) 220-6882

NANCY WILLIAMS
Perkins Coie
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Telephone (206) 359-8000

BY: s/Nancy Williams_____

        Attorneys for Defendant Alyeska Pipeline Services Co.

EEOC v. ALYESKA PIPELINE SERVICE CO.        U.S. Equal Employment Opportunity Commission
A04-0231 CV (RRB)        Seattle District Office
STIPULATION TO EXTEND        Federal Office Building
Page 3 of 3        909 First Avenue, Suite 400
      Seattle, WA  98104-1061
      Telephone: (206) 220-6916
      Fax:  (206) 220-6911
      TDD:  (206) 220-688

| | |
|---|---|
| Filename: | SECONDSTIPEXTENSIONWITNESSLISTS.doc |
| Directory: | C:\Documents and Settings\drussel\Desktop |
| Template: | C:\Documents and Settings\drussel\Application Data\Microsoft\Templates\Normal.dot |
| Title: | A |
| Subject: | |
| Author: | Mary Hammock |
| Keywords: | |
| Comments: | |
| Creation Date: | 1/5/2006 3:17:00 PM |
| Change Number: | 8 |
| Last Saved On: | 1/6/2006 9:11:00 AM |
| Last Saved By: | Mary Hammock |
| Total Editing Time: | 34 Minutes |
| Last Printed On: | 1/6/2006 2:00:00 PM |
| As of Last Complete Printing | |
|    Number of Pages: | 3 |
|    Number of Words: | 366 (approx.) |
|    Number of Characters: | 2,269 (approx.) |