WILLIAM R. TAMAYO, REGIONAL ATTORNEY
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SAN FRANCISCO DISTRICT
350 THE EMBARCADERO, SUITE 500
SAN FRANCISCO, CA  94105-1260

A. LUIS LUCERO JR., ASSOCIATE REGIONAL ATTORNEY
JOHN F. STANLEY, ACTING SUPERVISORY TRIAL ATTORNEY
WESLEY KATAHIRA, SENIOR TRIAL ATTORNEY
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVENUE, SUITE 400
SEATTLE, WA  98104-1061
TEL: (206) 220-6896
FAX: (206) 220-6911
EMAIL: JOHN.STANLEY@EEOC.GOV

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>   Plaintiff,<br><br>  v.<br><br>ALYESKA PIPELINE SERVICE CO.,<br><br>   Defendant.<br>_____<br>LEONA JOHNSON and ANTHONY NAVARRO,<br><br>   Plaintiff Intervenors,<br><br>  v.<br><br>ALYESKA PIPELINE SERVICE CO.,<br><br>   Defendant.<br>_____ | CASE NO. A04-0231 CV (RRB)<br><br>[PROPOSED] ORDER ON STIPULATION TO EXTEND DEADLINE FOR SERVICE AND FILING OF FINAL REVISED WITNESS LISTS |

EEOC v. ALYESKA PIPELINE SERVICE CO.
A04-0231 CV (RRB)
[PROPOSED] ORDER ON STIPULATION TO EXTEND
Page 1 of 2

U.S. Equal Employment Opportunity Commission
Seattle District Office
Federal Office Building
909 First Avenue, Suite 400
Seattle, WA  98104-1061
Telephone: (206) 220-6916
Fax:  (206) 220-6911
TDD:  (206) 220-6882

THE COURT, having considered the stipulation of Plaintiff Equal Employment Opportunity Commission ("EEOC") and defendant Alyeska Pipeline Service Co. ("Alyeska") to extend the January 6, 2006 deadline for serving and filing final revised witness lists, HEREBY ORDERS a continuance, to January 16, 2006, of that deadline.  This order does not alter other pending deadlines in the case.

ENTERED at Anchorage, Alaska this _____ day of _____, 2006.

_____
RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

EEOC v. ALYESKA PIPELINE SERVICE CO.
A04-0231 CV (RRB)
[PROPOSED] ORDER ON STIPULATION TO EXTEND
Page 2 of 2

U.S. Equal Employment Opportunity Commission
Seattle District Office
Federal Office Building
909 First Avenue, Suite 400
Seattle, WA  98104-1061
Telephone: (206) 220-6916
Fax:  (206) 220-6911
TDD:  (206) 220-6882

| | |
|---|---|
| Filename: | SECONDPROPOSED ORDER STIP EXTEND.doc |
| Directory: | C:\Documents and Settings\drussel\Desktop |
| Template: | C:\Documents and Settings\drussel\Application Data\Microsoft\Templates\Normal.dot |
| Title: | A |
| Subject: | |
| Author: | Mary Hammock |
| Keywords: | |
| Comments: | |
| Creation Date: | 1/5/2006 3:55:00 PM |
| Change Number: | 4 |
| Last Saved On: | 1/6/2006 9:11:00 AM |
| Last Saved By: | Mary Hammock |
| Total Editing Time: | 5 Minutes |
| Last Printed On: | 1/6/2006 2:01:00 PM |
| As of Last Complete Printing | |
|     Number of Pages: | 2 |
|     Number of Words: | 247 (approx.) |
|     Number of Characters: | 1,501 (approx.) |