## NOTICE TO ALL EMPLOYEES

This notice is being posted pursuant to an agreement between Alyeska Pipeline Service Co. ("Alyeska") and the U.S. Equal Employment Opportunity Commission entered as the result of a resolution of a lawsuit in federal district court. This notice is not an admission by Alyeska of any violation of the laws prohibiting employment discrimination.

Title VII of the Civil Rights Act of 1964, as amended, the Age Discrimination in Employment Act of 1967, the Equal Pay Act of 1963, and the Americans with Disabilities Act of 1990 are enforced by the EEOC and require the following:

> That there be no discrimination against any employee or applicant for employment because of the employee's race, sex, color, religion, national origin, age (40 and above), or disability with respect to hiring, firing, compensation, or other terms, conditions or privileges of employment.
>
> It is an unlawful employment practice for an employer to retaliate against any employees or applicants for employment because they have opposed a practice or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under these statutes.

Alyeska has a training program to train its managers regarding the requirements of the above statutes. The company has implemented procedures that are consistent with the company's commitment to equal employment opportunity and which conform to the provisions of the settlement.

Alyeska has posted this notice because the company supports and will comply with these federal laws in all respects.

Exhibit 2