## RELEASE AGREEMENT

THIS RELEASE AGREEMENT ("Agreement") is executed by and between _____ and Alyeska Pipeline Service Co. ("Alyeska").

NOW, THEREFORE, in consideration of the mutual undertakings set forth herein, the undersigned parties agree as follows:

1. _____, on his own behalf and for his successors and assigns, acknowledges receipt from Alyeska of $_____.00, less applicable withholdings required by law.

2. _____, on his own behalf and for his successors and assigns, and in accordance with the provisions of the settlement of the lawsuit brought by the Equal Employment Opportunity Commission against Alyeska *(EEOC et al., v. Alyeska Pipeline Service Co.*, Case No. A04-0231 CV (RRB)) hereby forever releases, acquits, and discharges Alyeska and its owner companies, directors, officers, agents, employees, attorneys, successors, and assigns, from any and all claims, actions, causes of action, rights, or damages which he may have on behalf of himself or others, known or hereafter discovered by him, arising from the claims and allegations of national origin and race discrimination contained in charge numbers 380200401031 and 380200401535, the Letters of Determination issued by the Equal Employment Opportunity Commission as a result of those charges, and the Commission's resulting lawsuit identified by case number above.

3. _____ understands that he has the right to consult an attorney of his choice and also the EEOC regarding this release, and knowing and understanding so and as his own act, he voluntarily accepts the above amount of

Exhibit 1

$_____.00, less applicable withholdings required by law, as full settlement of the above claims and allegations without duress, coercion, or undue influence.

4. _____ understands that the payment to him is being made in compromise of disputed claims between Alyeska and the EEOC and is not to be construed as an admission of liability by Alyeska. Alyeska has expressly denied such liability.

IN WITNESS WHEREOF, the parties have signed and executed this Agreement the dates reflected below.

ALYESKA PIPELINE SERVICE CO.          [CLAIMANT NAME]

BY: _____          _____

DATE: _____        _____

Exhibit 1