WILLIAM R. TAMAYO, REGIONAL ATTORNEY
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SAN FRANCISCO DISTRICT OFFICE
350 The Embarcadero, Suite 500
San Francisco, California 94105-1260

A.LUIS LUCERO JR., ASSOCIATE REGIONAL ATTORNEY
JOHN F. STANLEY, ACTING SUPERVISORY TRIAL ATTORNEY
WESLEY KATAHIRA, SENIOR TRIAL ATTORNEY
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, WA 98104-1061
TEL: (206) 220-6896
FAX: (206) 220-6911
EMAIL: JOHN.STANLEY@EEOC.GOV

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ALYESKA PIPELINE SERVICE CO.,<br><br>　　　　Defendant.<br>_____<br>LEONA JOHNSON and ANTHONY NAVARRO,<br><br>　　　　Plaintiff Intervenors,<br><br>　　　　v.<br><br>ALYESKA PIPELINE SERVICE CO.,<br><br>　　　　Defendant.<br>_____ | CASE NO. A04-0231 CV (RRB)<br><br>ORDER<br>APPROVING CONSENT DECREE |

///

EEOC v. ALYESKA PIPELINE SERVICE CO.
A04-0231 CV (RRB)
ORDER OF DISMISSAL
Page 1 of 2

U.S. Equal Employment Opportunity Commission
Seattle District Office
Federal Office Building
909 First Avenue, Suite 400
Seattle, WA 98104-1061
Telephone: (206) 220-6916
Fax: (206) 220-6911
TDD: (206) 220-6882

The Court, having considered the foregoing stipulated agreement of the parties, HEREBY ORDERS THAT the foregoing consent decree be, and the same hereby is, approved as the final decree of this court in full settlement of the action brought by the Equal Employment Opportunity Commission. The EEOC's lawsuit is hereby dismissed with prejudice and without costs or attorneys' fees to any party. The Court retains jurisdiction of this matter for purposes of enforcing the consent decree approved herein.

DATED this 20 day of January, 2006.

*[signature]*
THE HONORABLE RALPH R. BEISTLINE
UNITED STATES DISTRICT COURT JUDGE

EEOC v. ALYESKA PIPELINE SERVICE CO.
A04-0231 CV (RRB)
ORDER OF DISMISSAL
Page 2 of 2

U.S. Equal Employment Opportunity Commission
Seattle District Office
Federal Office Building
909 First Avenue, Suite 400
Seattle, WA 98104-1061
Telephone: (206) 220-6916
Fax: (206) 220-6911
TDD: (206) 220-6882