Kenneth P. Eggers, Alaska Bar No.: 7310043
Jill E. Jensen, Alaska Bar #: 9606020
GROH EGGERS, LLC
3201 "C" Street, Suite 400
Anchorage, AK 99501
Telephone: 562-6474
Fax: 562-6044
E-Mail: eggersk@groheggers.com

Nancy Williams, WSBA Bar # 11558
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Telephone: (206) 359-8473
Fax: (206) 359-9000
E-Mail: NWilliams@perkinscoie.com

Attorneys for Defendant
Alyeska Pipeline Service Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>    Plaintiff,<br><br>vs.<br><br>ALYESKA PIPELINE SERVICE CO.,<br>    Defendant.<br>_____<br>LEONA JOHNSON and ANTHONY NAVARRO,<br>    Plaintiff Intervenors,<br><br>vs<br><br>ALYESKA PIPELINE SERVICE COMPANY,<br>    Defendant. | No. A 04-0231 CIV (TMB)<br><br><br><br><br><br><br><br><br><br><br>**STIPULATION FOR DISMISSAL OF INTERVENORS' CLAIMS WITH PREJUDICE** |

Plaintiff Intervenors, LEONA JOHNSON and ANTHONY NAVARRO (hereinafter "Intervenors"), and the Defendant, ALYESKA PIPELINE SERVICE COMPANY, by and through their respective attorneys, hereby AGREE AND STIPULATE to the DISMISSAL WITH PREJUDICE of all claims asserted, or that could have been asserted, in the above captioned case by Intervenors, or either of them, with each party to bear its own costs and attorneys fees on the grounds that said claims have been amicably resolved.

Attorneys for Plaintiff Intervenors
Leona Johnson and Anthony Navarro

DATED: 24 Jan 2006    By: _____
Samuel J. Fortier
FORTIER & MIKKO
101 W. Benson Blvd., Suite 304
Anchorage, AK  99503
Telephone: (907) 277-4222
Fax: (907) 277-4221
Email: sfortier@fortmikk.alaska.com
Alaska Bar No.: 8211115

Attorneys for Defendant
Alyeska Pipeline Service Company

DATED: 23 January 2006    By: _____
Kenneth P. Eggers
GROH EGGERS, LLC
3201 "C" Street – Suite 400
Anchorage, AK  99503
Telephone: (907) 562-6474
Fax: (907) 562-6044
Email: eggersk@groheggers.com
Alaska Bar No.: 7310043

Law Offices of
GROH EGGERS, LLC
3201 C Street, Suite 400
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044

Nancy Williams
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Telephone:  (206) 359-8473
Fax:  (206) 359-9000
Email:  nwilliams@perkinscoie.com
WSBA Bar #11558

I HEREBY CERTIFY that on this __31st__ day of __January__, 2006, a true and accurate copy of the foregoing document was served electronically on the following:

A. Luis Lucero, Jr., Associate Regional Attorney
Equal Employment Opportunity Commission
909 First Avenue – Suite 400
Seattle, WA  98104

_____
Kenneth P. Eggers

Law Offices of
GROH EGGERS, LLC
3201 C Street, Suite 400
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044