Kenneth P. Eggers, Alaska Bar No.: 7310043
Jill E. Jensen, Alaska Bar #: 9606020
GROH EGGERS, LLC
3201 "C" Street, Suite 400
Anchorage, AK 99501
Telephone: 562-6474
Fax: 562-6044
E-Mail: eggersk@groheggers.com

Nancy Williams, WSBA Bar # 11558
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Telephone: (206) 359-8473
Fax: (206) 359-9000
E-Mail: NWilliams@perkinscoie.com

Attorneys for Defendant
Alyeska Pipeline Service Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| ALYESKA PIPELINE SERVICE CO., | ) ) |
| Defendant. | ) |
| | ) No. A 04-0231 CIV (TMB) |
| LEONA JOHNSON and ANTHONY NAVARRO, | ) ) |
| Plaintiff Intervenors, | ) |
| vs | ) **(PROPOSED) ORDER** |
| | ) **DISMISSING INTERVENORS'** |
| ALYESKA PIPELINE SERVICE COMPANY, | ) **CLAIMS WITH PREJUDICE** |
| | ) |
| Defendant. | ) |

*EEOC v. Alyeska Pipeline Service Co.*
(Proposed) ORDER DISMISSING                    No. A 04-0231 CIV (RRB)
INTERVENORS' CLAIMS WITH PREJUDICE              Page 1 of 2

Law Offices of
GROH EGGERS, LLC
3201 C Street, Suite 400
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044

The Court having considered the Stipulation for Dismissal with Prejudice of Intervenors' Claims filed by Plaintiff Intervenors, LEONA JOHNSON and ANTHONY NAVARRO, and Defendant, ALYESKA PIPELINE SERVICE COMPANY, and good cause appearing therefor,

**IT IS ORDERED** that all claims asserted, or that could have been asserted, in the above captioned case by Intervenors, or either of them, are hereby **DISMISSED WITH PREJUDICE** with each party to bear its own costs and attorneys fees.

DATED this _____ day of _____, 2006.

_____
TIMOTHY M. BURGESS
United States District Court Judge

Law Offices of
GROH EGGERS, LLC
3201 C Street, Suite 400
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044